466 A.2d 729

Commonwealth v. O'Brien, Appellant.

Submitted April 28, 1983. Angelo P. Arduini, Assistant Public Defender, for appellant; Michael J. Veshecco, District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed.

ROWLEY, J., concurred in the result.